**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-1614**

WILBERT V. JOHNSON,

Plaintiff - Appellant,

versus

COMMONWEALTH OF VIRGINIA; THE RECTOR AND
VISITORS OF THE UNIVERSITY OF VIRGINIA,

Defendants - Appellees,

and

UNIVERSITY OF VIRGINIA MEDICAL CENTER; DR.
EDWARD WALSH,

Defendants.

Appeal from the United States District Court for the Western
District of Virginia, at Charlottesville. Norman K. Moon, District
Judge. (3:06-cv-00061)

Submitted: November 21, 2007          Decided: January 8, 2008

Before KING, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Wilbert V. Johnson, Appellant Pro Se.  Susan A. Waddell, GUYNN,
MEMMER & DILLON, PC, Salem, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wilbert V. Johnson appeals the district court's order granting Defendants' Fed. R. Civ P. 12(b)(6) motion in this civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Johnson v. Commonwealth of Va., No. 3:06-cv-00061 (W.D. Va. May 24, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED